AO 120 (Rev. 2/99)

| TO: | United States Patent and Trademark Office<br>Customer Service Window, Randolph Building<br>401 Dulany Street<br>Alexandria, VA 22314 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Northern California_____ on the following  G Patents or  G Trademarks:

| DOCKET NO.<br>CV 05-04521 MEJ | DATE FILED<br>11/4/05 | U.S. DISTRICT COURT | |
|---|---|---|---|
| PLAINTIFF<br>LUMILEDS LIGHTING U.S. | | DEFENDANT<br>EPISTAR CORP ET AL | |
| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | . | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br> G Amendment   G Answer   G Cross Bill   G Other Pleading | |
|---|---|---|
| PATENT OR | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Gloria Acevedo | DATE<br>November 10, 2005 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner**

AO 120 (Rev. 2/99)

**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**