1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   LUMILEDS LIGHTING U.S., LLC,              Case No. C05 - 04521

12              Plaintiff,                              **(Proposed)**

13        vs.                                 **ORDER GRANTING APPLICATION**
                                              **FOR ADMISSION OF ATTORNEY**
14   EPISTAR CORP., and UNITED                *PRO HAC VICE*
     EPITAXY CO., LTD.,
15
                Defendants.
16

17        R. Tyler Goodwyn, IV, an active member in good standing of the bar of the U.S. District

18   Court, District of Columbia, having applied in the above-entitled action for admission to practice

19   in the Northern District of California on a *pro hac vice* basis, representing Lumileds Lighting

20   U.S., LLC,

21        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

23   *vice.* Service of papers upon and communication with co-counsel designated in the application

24   will constitute notice to the party. All future filings in this action are subject to the requirements

25   contained in General Order No. 45, *Electronic Case Filing*.

26
     Dated: _____, 2005                 _____
27                                                 United States District Judge

28

     1-PA/3565769.1                                ORDER GRANTING APPLICATION FOR
                                                   ADMISSION OF ATTORNEY *PRO HAC VICE*