MICHAEL J. LYONS, CA BAR NO. 202,284
ANDREW J. WU, CA BAR NO. 214,442
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square, 3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
Email: mlyons@morganlewis.com

DANIEL JOHNSON, JR., CA Bar No. 55,769
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

R. TYLER GOODWYN, IV, *pro hac vice* admission pending
CARL P. BRETSCHER, *pro hac vice* admission pending
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 739-3000
Facsmile: (202) 739-3001

Attorneys for Plaintiff
Lumileds Lighting U.S., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMILEDS LIGHTING U.S., LLC,<br><br>                Plaintiff,<br><br>        vs.<br><br>EPISTAR CORP., and UNITED EPITAXY CO., LTD.,<br><br>                Defendants. | Case No. C 05-04521 (MEJ)<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.[1]

---

[1] Lumileds is filing concurrently with this Declination a Motion to Consider Whether Cases Should be Related requesting the case be assigned to Judge Claudia Wilken.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3567280.1                    1        DECLINATION TO PROCEED BEFORE A
                                            MAGISTRATE JUDGE/REQUEST FOR
                                            REASSIGNMENT TO A U.S. DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: December 12, 2005 | Respectfully submitted, |
| 2 | | MORGAN, LEWIS & BOCKIUS LLP |
| 4 | | By: /s/ Andrew J. Wu |
| 5 | | Andrew J. Wu |
| 6 | | Attorneys for Plaintiff Lumileds Lighting U.S., LLC |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3567280.1

2

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE/REQUEST FOR
REASSIGNMENT TO A U.S. DISTRICT JUDGE