1  Michael J. Lyons (CA Bar No. 202,284)
   Andrew J. Wu (CA Bar No. 214,442)
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
4  Telephone:  (650) 843-4000
   Facsimile:  (650) 843-4001
5  Email:  mlyons@morganlewis.com

6  Daniel Johnson, Jr. (CA Bar No. 55,769)
   MORGAN, LEWIS & BOCKIUS LLP
7  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
8  Telephone:  (415) 442-1000
   Facsimile:  (415) 442-1001
9

10 R. Tyler Goodwyn, IV, *pro hac vice* admission pending
   Carl P. Bretscher, *pro hac vice* admission pending
11 MORGAN, LEWIS & BOCKIUS LLP
   1111 Pennsylvania Avenue, N.W.
12 Washington, D.C.  20004
   Telephone:  (202) 739-3000
13 Facsimile:  (202) 739-3001

14 Attorneys for Plaintiff
   Lumileds Lighting U.S., LLC
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 LUMILEDS LIGHTING U.S., LLC,            Case No.  C 05-04521 (MEJ)

20              Plaintiff,                 **NOTICE OF LUMILEDS LIGHTING U.S.,
                                           LLC'S ADMINISTRATIVE MOTION TO
21       vs.                               CONSIDER WHETHER CASES SHOULD
                                           BE RELATED PURSUANT TO CIVIL L.R.
22 EPISTAR CORP., and UNITED               3-12 AND 7-11**
   EPITAXY CO., LTD.,
23                                         Hearing Date/Time:  Pursuant to Civil L.R. 7-
                                           11(c), Motion is deemed submitted for
24              Defendants.                immediate determination without hearing on
                                           December 16, 2005.
25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3565426.1

## NOTICE OF MOTION

TO DEFENDANTS EPISTAR CORP. AND UNITED EPITAXY CO., LTD. AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON December 16, 2005, pursuant to Civil L.R. 7-11(c), plaintiff Lumileds Lighting U.S., LLC's Administrative Motion to Consider Whether Cases Should be Related will be deemed submitted for immediate determination without hearing unless otherwise ordered by the Honorable Claudia Wilken located at Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Lumileds respectfully requests an order from the Court granting relationship of the present action with two previous actions litigated in this Court before the Honorable Claudia Wilken between substantially the same parties and over substantially the same property, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges and assigning the present action to Judge Wilken.

Dated: December 12, 2005                    Respectfully submitted,

                                            MORGAN, LEWIS & BOCKIUS LLP


                                            By  /s/ Andrew J. Wu
                                                Andrew J. Wu

                                                Attorneys for Plaintiff
                                                Lumileds Lighting U.S., LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO