Michael J. Lyons (CA Bar No. 202,284)
Andrew J. Wu (CA Bar No. 214,442)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone:  (650) 843-4000
Facsimile:  (650) 843-4001
Email:  mlyons@morganlewis.com

Daniel Johnson, Jr. (CA Bar No. 55,769)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

R. Tyler Goodwyn, IV, *pro hac vice* admission pending
Carl P. Bretscher, *pro hac vice* admission pending
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001

Attorneys for Plaintiff
Lumileds Lighting U.S., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMILEDS LIGHTING U.S., LLC,<br><br>Plaintiff,<br><br>vs.<br><br>EPISTAR CORP., and UNITED EPITAXY CO., LTD.<br><br>Defendants. | Case No.  C 05-04521 (MEJ)<br><br>**DECLARATION OF ANDREW J. WU IN SUPPORT OF LUMILEDS LIGHTING U.S., LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hearing Date/Time:  Pursuant to Civil L.R. 7-11(c), Motion is deemed submitted for immediate determination without hearing on December 16, 2005. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3565600.1

WU DECL. ISO OF LUMILEDS'
MOT. OF RELATED CASES
(CASE NO. C05-04521 (MEJ))

I, Andrew J. Wu, hereby declare as follows:

1.     I am a partner with the law firm of Morgan Lewis & Bockius LLP, 2 Palo Alto Square, 3000 El Camino Real, Suite 700, Palo Alto, California, 94306-2122, and a member in good standing of the Bar of the State of California and the United States District Court for the Northern District of California. Morgan Lewis & Bockius has been retained as trial counsel for the plaintiff, Lumileds Lighting U.S., LLC, in the present action. I submit this declaration in support of Lumileds Lighting U.S., LLC's Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil L.R. 3-12 and 7-11 ("Related Cases Motion").

2.     Attached hereto as Exhibit A is a true and correct copy of a letter from Sean DeBruine to Dan Johnson dated December 2, 2005. In this letter, Mr. DeBruine states that he will let Lumileds know whether or not the Defendants oppose the assignment of the present case to Judge Wilken.

3.     Attached hereto as Exhibit B is a true and correct copy of a letter from Dan Johnson to Sean DeBruine dated December 8, 2005, signed by me on Mr. Johnson's behalf, requesting the Defendants' position on whether or not they would oppose Lumileds' Related Cases Motion. This letter also informed the Defendants that if a response was not received by 12:00 p.m. on December 9, 2005, then Lumileds would proceed with the understanding that the Defendants intended to oppose Lumileds' Related Cases Motion. As of 2:00 p.m. on Monday, December 12, 2005, Lumileds has not received a response to the December 8, 2005 letter (Exhibit B). Thus, Lumileds was not able to obtain a stipulation consistent with Civil L.R. 7-11(a).

4.     Attached hereto as Exhibit C is a true and correct copy of an Epistar press release obtained from Epistar's web-site (www.epistar.com.ts/news-e.htm) announcing on August 15, 2005 the "Epistar and UEC to Merge in a Stock-for-Stock Transaction".

5.     Attached hereto as Exhibit D is a true and correct copy of an article dated November 11, 2005 from DigiTimes daily IT news obtained from the website www.digitimes.com entitled "Epistar and UEC deny Lumileds' patent infringement complaint" and stating that "according to their filings with the Taiwan Stock Exchange, Epistar [*sic*] and

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3565600.1                              1                              WU DECL. ISO OF LUMILEDS'
                                                                           MOT. OF RELATED CASES
                                                                           (CASE NO. C05-04521 (MEJ))

UEC plan to merge on December 30 of this year."

6. Attached hereto as Exhibit E is a true and correct copy of Lumileds' Notice of Related Cases from *Lumileds Lighting U.S., LLC v. Citizen Electronics Co., Ltd,. et al.*, No. C 02-5077 JW (EAI) (N.D. Cal. filed Oct. 18, 2002) (Wilken, J.) ("Epistar I Related Action").

7. Attached hereto as Exhibit F is a true and correct copy of Lumileds' Notice of Related Cases from *Epistar Corp. v. Lumileds Lighting US, LLC*, No. 03-CV-01130-CW (N.D. Ca. transferred March 17, 2003 from C.D. Cal.) (Wilken, J.) ("Epistar II Related Action").

8. Attached hereto as Exhibit G is a true and correct copy of the docket for the lawsuit *United Epitaxy Co., Ltd. v. Hewlett-Packard Co., et al.,* No. C 00-2518 CW (PVT) (N.D. Cal. filed Sept. 7, 1999) (Wilken, J.) ("UEC Related Action"), which was obtained from the PACER on-line database.

9. Attached hereto as Exhibit H is a true and correct copy of the docket for the Epistar I Related Action, which was obtained from the PACER on-line database.

10. Attached hereto as Exhibit I is a true and correct copy of the docket for Epistar II Related Action, which was obtained from the PACER on-line database.

11. Attached hereto as Exhibit J is a true and correct copy of the Order Construing Disputed Claims and Terms, entered on May 11, 2001 in the UEC Related Action.

12. Attached hereto as Exhibit K is a true and correct copy of the Order Granting Defendants' Motion for Summary Judgment in Part and Denying Plaintiff's Cross-Motion for Summary Judgment, filed on June 14, 2001 in the UEC Related Action.

13. Attached hereto as Exhibit L is a true and correct copy of the Order Granting Defendant's Motion to Transfer Venue dated March 10, 2003 for the case *Epistar Corp. v. Lumileds Lighting U.S., LLC*, Case No. CV 03-0084 (JWJx) (C.D. Cal.) (Collins, J.) (transferred to the N.D. Cal. and becoming the Epistar II Related Action assigned to Wilken, J.).

14. Attached hereto as Exhibit M is a true and correct copy of the Related Case Order, entered February 11, 2003 in the Epistar I Related Action, where the UEC Related Action and the Epistar I Related Action were ordered Related by Judge Wilken.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3565600.1                                  2                      WU DECL. ISO OF LUMILEDS'
                                                                       MOT. OF RELATED CASES
                                                                       (CASE NO. C05-04521 (MEJ))

15. Attached hereto as Exhibit N is a true and correct copy of the Related Case Order, entered March 27, 2003 in the Epistar II Related Action where the UEC Related Action, the Epistar I Related Action, and the Epistar II Related Action were all ordered Related by Judge Wilken.

I declare under the penalty of perjury under the laws of California that the foregoing is true and correct.

Dated: December 12, 2005 in Palo Alto, California

By /s/ Andrew J. Wu
Andrew J. Wu (CA Bar No. 214,442)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3565600.1

3

WU DECL. ISO OF LUMILEDS'
MOT. OF RELATED CASES
(CASE NO. C05-04521 (MEJ))