Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
www.morganlewis.com



**Daniel Johnson, Jr.**
Partner
415.442.1392
djjohnson@morganlewis.com

December 8, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Sean P. DeBruine, Esq.
Akin Gump Strauss Hauer & Feld LLP
580 California St., Suite 1500
San Francisco, CA 94104-1036

Re:  Lumileds Lighting U.S. LLC v. Epistar Corp. & United Epitaxy Co., Ltd.
     Case No. C 05-0451 MEJ (N.D. Cal.)

Dear Sean:

I write in response to your letter of December 2, 2005. Lumileds agrees to your proposed January 30, 2006 due date for defendants Epistar and UEC to serve their answer in the District Court action.

Regarding Lumileds' Related Case Motion that we discussed last week, Lumileds intends to file this motion concurrently with its declination to proceed before Magistrate Judge James, which must be filed with the Court on Monday, December 12, 2005. Please see the enclosed Court Order directing the parties to file their consents or declinations by this date. Therefore, please notify me by Friday, December 9, 2005 at 12:00 p.m. (Pacific) whether Defendants will oppose Lumileds' Related Case Motion requesting that this case be assigned to Judge Wilken. If I do not hear from you otherwise, we will assume that the Defendants intend to oppose the motion.

Sincerely,

*[signature]* for DJJ

Daniel Johnson, Jr.

Enclosure

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMILEDS LIGHTING U.S., LLC, | No. C 05-4521 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |
| EPISTAR CORP., and UNITED EPITAXY CO., LTD., | |
| Defendant(s). | |

Pending before the Court is Carl P. Bretscher, Tyler Goodwyn, and Todd P. Taylor's Application to appear *pro hac vice*, filed on November 10, 2005. Upon review of the record in this action, the Court notes that the parties have not filed written consents to Magistrate Judge James' jurisdiction or requests for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the Magistrate Judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district

court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The parties shall inform the Court as soon as possible, but no later than December 12, 2005.

**IT IS SO ORDERED.**

Dated: November 14, 2005

MARIA-ELENA JAMES
United States Magistrate Judge

2

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2212
**TEL:** 650.843.4000
**FAX:** 650.843.4001
**eFax:** 877.432.9652
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**FAXED**

DEC 0 8 2005

By_____

## FAX MESSAGE

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE NAMED RECIPIENT(S). THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

### SEND TO

| | | | |
|---|---|---|---|
| Name: | Sean P. DeBruine, Esq. | Firm: | Akin Gump Strauss Hauer & Feld LLP |
| FAX #: | 415.765.9501 | Telephone #: | 415.765.9500 |

### FROM

| | | | |
|---|---|---|---|
| Name: | Daniel Johnson, Jr. | Floor: | 7 |
| Operator Sending: | | Telephone # | 415.442.1392 |
| FAX #: | 877.432.9652 | Date Sent: | December 8, 2005 |
| | | No of Pages: (including cover page) | 4 |

### COMMENTS

---

DO NOT SEND TO CLIENTS | TEAR ALONG DOTTED LINE | THIS PORTION FOR BILLING PURPOSES ONLY

| | | | |
|---|---|---|---|
| Date Sent: | Attorney: Daniel Johnson, Jr. | ID: | 15804 |
| Time: | Client: Lumileds Lighting | Client/Matter Number: | 060959-0072 |
| (1) Fax No.: | | | |
| Receipt Confirmed: | Number of Pages: (including cover page)  4 | ☐ Firm Charge (check box if applicable) | [PA-25] |

1-SF/7322041.1

```
** JOB STATUS REPORT **                    AS OF  DEC 08 2005 15:06      PAGE. 01

                                        MORGAN LEWIS

      JOB #293

      DATE   TIME          TO/FROM          MODE    MIN/SEC   PGS    STATUS
001   12/08  15:04    09590072#14157659501# EC--S   00'57"    004    OK
```

# Morgan Lewis
COUNSELORS AT LAW

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
TEL: 650.843.4000
FAX: 650.843.4001
eFax: 877.432.9652
www.morganlewis.com

## FAX MESSAGE

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE NAMED RECIPIENT(S). THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR AN AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

**SENT TO**

| | | | |
|---|---|---|---|
| Name: | Sean P. DeBruine, Esq. | Firm: | Akin Gump Strauss Hauer & Feld LLP |
| FAX #: | 415.765.9501 | Telephone #: | 415.765.9500 |

**FROM**

| | | | |
|---|---|---|---|
| Name: | Daniel Johnson, Jr. | Floor: | 7 |
| Operator Sending: | | Telephone # | 415.442.1392 |
| FAX #: | 877.432.9652 | Date Sent: | December 8, 2005 |
| | | No of Pages: (including cover page) | 4 |

**COMMENTS**