

Select a version 

**HOME** | **SYSTEMS** | **MOBOS** | **DISPLAYS** | **BITS + CHIPS** | **TELECOM** | **FINANCE**

**Search**  
Go!  
From: Dec 1999  
To: Nov 2005  
Advanced search  
Site map  

**Members**  
username  
Go!  
☐ Save  
Password reminder  
Join!!  

**Sections**  
Home  
Systems  
Mobos  
Displays  
Bits + chips  
Telecom  
Finance  
Photos  

**Industry intros**  
OLED displays  
Digital camera  
PDA & handset  
Foundry  
Notebook  
Motherboard  
Display  
PCB  
Server  
Optical storage  

# Epistar and UEC deny Lumileds' patent infringement complaint

*Max Wang, Taipei; Jessie Shen, DigiTimes.com [Friday 11 November 2005]*

In response to patent lawsuits filed by Lumileds Lighting, Epitar and United Epitaxy Company (UEC) denied infringing on the US vendor's patents, according to their company filings with the Taiwan Stock Exchange. Epitar and UEC plan to merge on December 30 of this year.

In Lumileds' complaint, Epistar's omni-directional mirror adhesion (OMA) AlGaInP LED products and UEC's metal bond (MB) and glue bond (GB) AlGaInP LED products have infringed upon three of Lumileds' patents (No. 5,008,718, 5,376,580 and 5,502,316). The US-based LED supplier is seeking an exclusion order barring entry into the US of the LEDs in question as well as products that contain those LEDs, according to Lumiled's November 10 press release.

Epistar and UEC claimed that their OMA, MB, and GB AlGaInP LED product lines have no patent disputes and that they have not received any written notification from Lumileds regarding patent violations. If they receive notification, the two companies will negotiate with Lumileds through their appointed lawyers, said the companies.

In merging, Epistar and UEC aim to be the world's largest AlGaInP LED supplier with a combined monthly output of more than one billion units and will share between them more than 20 patents pertaining to the OMA, MB, and GB processes, according to the companies.

**Epistar, UEC: October 2004 - October 2005 revenues (NT$m)**

| Month | UEC | | Epistar | |
|---|---|---|---|---|
| | Sales | Y/Y | Sales | Y/Y |
| Oct-05 | 229 | -4.1% | 365 | 69.1% |

Printer friendly  
Related stories  
Comments  
Email to a friend  
Latest news  

**Free email**  
Email address  
Select: topic  
Subscribe

**News calendar**

Nov 2005

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |   |   |   |

**DigiTimes**
About
Advertising
Membership
Terms & conditions
Privacy policy
Contact us
Notes & corrections

**Miscellaneous**
Make my home page
Add to my favorites
Add to My Yahoo!

| Month | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|
| Sep-05 | 223 | -12.6% | 355 | 56.5% |
| Aug-05 | 193 | -21% | 304 | 51.8% |
| Jul-05 | 194 | -19.5% | 246 | -1.9% |
| Jun-05 | 221 | -11.7% | 263 | -13.6% |
| May-05 | 224 | -16.5% | 273 | -3.7% |
| Apr-05 | 259 | 5.9% | 275 | 1.3% |
| Mar-05 | 228 | -1.9% | 249 | -5.9% |
| Feb-05 | 177 | -18.8% | 200 | -24.3% |
| Jan-05 | 194 | 18.9% | 207 | -17.2% |
| Dec-04 | 234 | 2.1% | 187 | -31.7% |
| Nov-04 | 243 | 3.1% | 200 | -13.6% |
| Oct-04 | 239 | -4.7% | 216 | 3.9% |

*Source: TSE, compiled by DigiTimes, Nov 2005.*
*\*Figures are not consolidated.*

**Epistar, UEC: 3Q 2004 - 3Q 2005 revenues (NT$m)**

| Quarter | UEC | | Epistar | |
|---|---|---|---|---|
|  | Sales | Y/Y | Sales | Y/Y |
| 3Q-05 | 611 | -17.6% | 904 | 33.6% |
| 2Q-05 | 705 | -7.7% | 811 | -5.6% |
| 1Q-05 | 598 | -2.4% | 654 | -16.1% |
| 4Q-04 | 715 | 0% | 594 | -16.7% |
| 3Q-04 | 741 | 8.7% | 677 | 27.5% |

*Source: TSE, compiled by DigiTimes, Nov 2005.*
*\*Figures are not consolidated.*

**Epistar, UEC: 3Q 2005 balance sheet (NT$k)**

| Item | UEC | Epistar |
|---|---|---|
| Current assets | 2,713,373 | 2,843,687 |
| Long-term investments | 366,080 | 20,805 |
| Other financial assets - noncurrent | 22,606 | 32,100 |
| Fixed assets (net) | 2,825,578 | 3,133,564 |
| Intangible assets |  | 35,521 |

Ads by Goooooogle

**LEDS Lighting**
5 Year Warranty & Free Shipping. Low Price Guarantee - Order Today!
www.LightingUniverse.com

**Lumex LEDs**
In stock at Nu-Way Electronics Great service. Great support!
www.nuway.net

**Bright LED Lights Signs**
colors LED Bulb - lights - Display for Decorating at 50% off price
www.batteryspace.com

**LED HB Products & Design**
Medical, Commercial, Military, Design, Prototype, Manufacture
innovationsinoptics.com

**LED China Manufacturer**
Cheap LEDs, 3000-30000 mcd, 3-10MM, 1W Star, SMD, Oval, RGB, UV, Blink
www.hebeiltd.com.cn

**DigiTimes finance**

Epistar
Stock code: 2448

|  |  |  |
|---|---:|---:|
| Other assets | 310,328 | 153,013 |
| Assets | 6,273,486 | 6,183,169 |
| Current liabilities | 1,600,589 | 1,719,647 |
| Noncurrent interest-bearing liabilities | 607,697 | 723,865 |
| Other liabilities | 128,384 | 16,106 |
| Liabilities | 2,336,670 | 2,459,618 |
| Stockholders' equity | 3,936,816 | 3,723,551 |

Source: TSE, compiled by DigiTimes, Nov 2005.
*Figures are not consolidated.

**Epistar, UEC: 3Q 2005 income statement (NT$k)**

| Item | UEC | Epistar |
|---|---:|---:|
| Gross sales | 1,953,493 | 2,457,349 |
| Operating revenue | 1,913,462 | 2,369,609 |
| Gross profit (loss) from operations | 252,164 | 560,009 |
| Operating expenses | 265,920 | 288,447 |
| Operating income (loss) | -13,756 | 271,562 |
| Non-operating revenues and gains | 191,351 | 123,441 |
| Non-operating expenses and losses | 60,304 | 61,132 |
| Income from continuing operations before income tax | 117,291 | 333,871 |
| Net income (loss) | 85,291 | 363,216 |
| Fully-diluted earnings per share |  | 2 |

Source: TSE, compiled by DigiTimes, Nov 2005.
*Figures are not consolidated.

**Related stories**

LED makers Epistar and UEC OKs merger (Oct 5)
AOT licenses white-LED patents from Intematix (Mar 24)
Epistar files suit against Formosa Epitaxy over ITO-related patent infringement (Jan 24)
Lumileds and Epistar settle LED patent infringement case (Jul 14)
Nichia files suits against LED makers in Korea and Taiwan (Jun 15)

**Related news from other sites**

Lumileds says UEC and Epistar infringed LED patents (Nov 10) - *EE Times*

---

Latest stock: 54.20 NT$
Oct rev.: 365.17 NT$m
2004 rev.: 2,909.70 NT$m

UEC
Stock code: 2422
Latest stock: 21.05 NT$
Oct rev.: 228.81 NT$m
2004 rev.: 2,832.60 NT$m

More

**Research reports**

ICT Report: Taiwan's ODD sector – 2Q 2005
FPD Report: Taiwan's LCD TVs – 2Q 2005
FPD Report: Taiwan's large-size LCD panels – 2Q 2005
FPD Report: Taiwan's LCD monitors – 2Q 2005

More

**Frankly speaking**

Flexible foundry: Q&A with Rafi Nave, VP and CTO, Tower Semiconductor
New trends in PCBs: Q&A with David Wiens of Mentor Graphics, part three
The Silicon-on-Insulator question: Q&A with Christophe Maleville, Soitec, part three

More

**DRAMeXchange**

Makers fight to slow contract price drops
DDR2 oversupply to ease by December as makers shift capacity

More

**iSuppli**

Don't lose sleep over the

semiconductor outlook

iSuppli to gather display industry luminaries for FID 2005

More

**Comments & Questions**

255 character limit. 255 characters remaining.

If you wish to receive an email reply, please check this box ☐

Name　　　　Email

Can we post your comment and/or question anonymously on this page (for anyone to read)?

○ Yes　○ No

[Submit]

### Latest 24 hours news

| | |
|---|---|
| Excerpts from the Greater-China press: November 11 | Epistar and UEC deny Lumileds' patent infringement complaint |
| Intel and Kingston gain board seats in NAND flash association | Taiwan market: Epson had largest market share for color laser printers in 2Q |
| Broadcom paints bullish outlook, TSMC and other Taiwan partners to benefit | Taiwan market: Gigabyte Communications launches third handset |
| TFT LCD panel makers eye full HD LCD TV market | CMO and Tatung: 40-inch and above LCD TVs will not become mainstream until 2007 |
| BenQ aiming for branded notebook sales to jump three-fold worldwide in 2006 | LCD ITO makers plan on capacity expansion |
| Commentary: A win-win situation for Philips and Toppoly | Toppoly merger improves Philips' position in handset display market |
| BenQ's mobile phone revenues total US$248 million in October | iSuppli: Outsourcing to be limited for mobile phone OEMs |
| SanDisk preps secure USB flash drive based on fingerprint recognition | Samsung makes headway in handset market with OneNAND flash, introduces 90nm 512Mbit mobile DRAM |
| Chunghwa Telecom's 10-month net profit attains 2005 goal | DRAM oversupply to continue weighing on pricing, says research firm |
| Current Analysis: US retail LCD monitor market posts record growth in 3Q; outlook bright for | Foxconn monthly sales continue to ride high on EMS expansions |

4Q05

CMC and Ritek cut OEM prices of DVD discs to US retailers

Flexible foundry: Q&A with Rafi Nave, VP and CTO, Tower Semiconductor

Foxconn takes up 11.5% stake in CyberTAN, strengthening ties with Cisco and Sony

© DigiTimes Publication. All rights reserved.

Please do not republish, publicly broadcast or publicly transmit content from this website without written permission from DigiTimes Publication. Please contact us if you have any questions.