Michael J. Lyons (CA Bar No. 202284)
Andrew J. Wu (CA Bar No. 214442)
John G. O'Neil (CA Bar No. 215682)
PENNIE & EDMONDS LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 493-4935
Facsimile: (650) 493-5556

Attorneys for Defendant and Counterclaim Plaintiff,
LUMILEDS LIGHTING U.S., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>LUMILEDS LIGHTING U.S., LLC,<br><br>Defendant and Counterclaim Plaintiff. | Case No. C-03-1130 HRL<br><br>**LUMILEDS LIGHTING U.S., LLC'S NOTICE OF RELATED CASES** |

Pursuant to Civil L. R. 3-12, Lumileds Lighting U.S., LLC ("Lumileds") hereby serves notice that the present action is related to both *Lumileds Lighting U.S., LLC v. Citizen Electronics Co., Ltd, Cecol, Inc. and Epistar Corp.*, No. C 02-5077 CW (EAI) (N.D. Cal. filed October 18, 2002) (Wilken, J.) ("Epistar Related Action") and *United Epitaxy Co., Ltd. v. Hewlett-Packard Co., Agilent Technologies, Inc, and Lumileds Lighting U.S., LLC*, No. C 00-2518 CW (PVT) (N.D. Cal. filed September 7, 1999) (Wilken, J.) ( "UEC Related Action").

**Statement of the Relationship of the Actions**

**1.     The Epistar Related Action**

Both the present action and the Epistar Related Action are based on the same dispute over Epistar's infringement of Lumileds' U.S. Patent No. 5,008,718 ("the '718 patent"). Thus, the present action shares the same parties, the same property, and the same transactions, events, and questions of law with the Epistar Related Action. In particular, the present action includes Epistar's claims seeking a declaration of invalidity and non-infringement of the '718 patent and

| | |
|---|---|
| 1 | Lumileds' counterclaim for infringement against Epistar. (O'Neil Decl., Ex. 1, Epistar's |
| 2 | Complaint; Ex. 2, Lumileds' Answer and Counterclaim). The Epistar Related Action, which is |
| 3 | presently before Judge Wilken in the Northern District of California, includes Lumileds' claim |
| 4 | for infringement of the '718 patent against not only Epistar, but also its customers, Citizen |
| 5 | Electronics Co., Ltd. and Cecol, Inc. (O'Neil Decl., Ex. 3, Lumileds' First Amended |
| 6 | Complaint). It is not yet clear whether Epistar intends to file a counterclaim for declaratory |
| 7 | judgment in the Epistar Related Action because Epistar has defaulted on its obligation to answer |
| 8 | the First Amended Complaint. |

### 2. The UEC Related Action

Both the present action and the UEC Related Action involve Lumileds' assertion of infringement of the '718 patent. Thus, the present case shares a common party, the same property, and many of the transactions, events, and questions of law with the UEC Related Action.

Judge Wilken has already issued a Related Case Order indicating that the Epistar Related Action is related to the UEC Related Action. (O'Neil Decl., Ex. 4). For all the same reasons stated in Lumileds' Notice of Related Action filed in the Epistar Related Action (O'Neil Decl., Ex. 5), the present case should also be declared related to the UEC Related Action.

### Conservation of Judicial Resources

Assignment of the present case to Judge Wilken, who presided over the UEC Related Action and who currently presides over the Epistar Related Action, will conserve judicial resources and promote an efficient resolution of the dispute. Since the present action and the Epistar Related Action are based upon the same dispute, a single Judge should preside over both matters. Moreover, as was explained in Lumileds' previous Notice of Related Action, Judge Wilken invested significant time in resolving many of the legal and factual questions in the UEC Related Action that are likely to be at issue in the present case as well. (*Id.*) Thus, Judge Wilken is already familiar with many of the complex issues regarding infringement, validity and enforceability of the '718 patent.

NOTICE OF RELATED CASE
No. C-03-1130 HRL

- 2 -

CA1: 336771.1

This case has been transferred to the Northern District, at least in part, because it is more efficient to try these closely-related cases before a single judge. As Judge Audrey Collins explains in her transfer order:

> Citing the interest of judicial economy, Defendant contends that this case should be transferred because there is a pending case between LumiLeds and Epistar regarding the '718 patent before Judge Wilken of the Northern District. Defendant also points out that Judge Wilken heard a case regarding the '718 patent before. According to the Ninth Circuit, "[t]he feasibility of consolidation is a significant factor in a transfer decision[.]" <u>A.J. Industries, Inc. v. U.S. District Court</u>, 503 F.2d 384, 389 (9th Cir. 1974) (citing <u>van Dusen v. Barrack</u>, 376 U.S. 612, 645 (1964)). Further, "the pendency of an action in another district is important because of the positive effects it might have in possible consolidation of discovery and convenience to witnesses and parties." <u>Id.</u> (citing <u>Schneider v. Sears</u>, 265 F. Supp. 257, 267 (S.D.N.Y 1967); <u>Rodgers v. Northwest Airlines, Inc.</u>, 202 F. Supp. 309, 312 (D.C.N.Y. 1962)). Because the other case involves the same parties, witnesses and evidence, Defendant urges the Court to transfer the case.
>
> The Court agrees with Defendant. Because Judge Wilken has a case pending regarding the '718 patent, and because she has dealt with a case regarding the same patent before, it would be a more efficient use of judicial resources to hear the case in the Northern District. For this reason, this factor weighs in favor of transfer. The Court finds that on balance the factors weigh in favor of transferring the case to the Northern District of California.

(O'Neil Decl., Ex. 6, Order Granting Defendant's Motion to Transfer Venue, at 8-9). Accordingly, the present case should be declared related to both the Epistar Related Action and the UEC Related Action.

Respectfully submitted,

Dated: March 20, 2003

Michael J. Lyons (CA Bar No. 202284)
Andrew J. Wu (CA Bar No. 214442)
John G. O'Neil (CA Bar No. 215682)
PENNIE & EDMONDS LLP
3300 Hillview Avenue
Palo Alto, California 94304
(650) 493-4935

Attorneys for Defendant and Counterclaim Plaintiff, Lumileds Lighting U.S., LLC.

# CERTIFICATE OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 3300 Hillview Avenue., Palo Alto, California 94304. On March 20, 2003, I caused copies of the attached document(s) described as follows:

**LUMILEDS LIGHTING U.S., LLC'S NOTICE OF RELATED CASES**

**DECLARATION OF JOHN G. O'NEIL IN SUPPORT OF LUMILEDS LIGHTING U.S., LLC'S NOTICE OF RELATED CASES**

to be served on

| | |
|---|---|
| Michael S. Adler, Esq. | Robert C. Weiss, Esq. |
| GIBSON, DUNN & CRUTCHER LLP | Lawrence R. LaPorte, Esq. |
| 2029 Century Park East | Omer Salik, Esq. |
| Los Angeles, California  90067 | JONES, DAY, REAVIS & POGUE |
| | 555 West Fifth Street, Suite 4600 |
| | Los Angeles, California  90013-1025 |

\_\_\_\_ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

\_\_\_\_ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Pennie & Edmonds LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

XX  (BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Pennie & Edmonds LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

XX  (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on March 20, 2003.

_____
Beverly McAndrew

NOTICE OF RELATED CASE
No. C-03-1130 HRL

- 4 -

CA1: 336771.1

## CERTIFICATE OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 3300 Hillview Avenue., Palo Alto, California 94304. On March 20, 2003, I caused copies of the attached document(s) described as follows:

**LUMILEDS LIGHTING U.S., LLC'S NOTICE OF RELATED CASES**

**DECLARATION OF JOHN G. O'NEIL IN SUPPORT OF LUMILEDS LIGHTING U.S., LLC'S NOTICE OF RELATED CASES**

to be served on

Laurence Coit, Esq.
Manager of Litigation
Agilent Technologies, Inc.
395 Page Mill Road, MS A3-17
Palo Alto, California 94303-0870

Kuo-Hsin Huang
United Epitaxy Co., Ltd.
9F, No. 10, Li-Hsin Road
Science-Based Industrial Park
Hsinchu, 300, Taiwan, R.O.C.

Ann Baskins, Esq.
Hewlett-Packard Co.
3000 Hanover Street
Palo Alto, California 94304

__XX__ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Pennie & Edmonds LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection.

____ (BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Pennie & Edmonds LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

____ (BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above.

____ (BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on March 20, 2003.

_____
Beverly McAndrew

NOTICE OF RELATED CASE
No. C-03-1130 HRL

- 5 -

CA1: 336771.1