Michael J. Lyons (CA Bar No. 202,284)
Andrew J. Wu (CA Bar No. 214,442)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone:  (650) 843-4000
Facsimile:  (650) 843-4001
Email:  mlyons@morganlewis.com

Daniel Johnson, Jr. (CA Bar No. 55,769)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

R. Tyler Goodwyn, IV, *pro hac vice* admission pending
Carl P. Bretscher, *pro hac vice* admission pending
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001

Attorneys for Plaintiff
Lumileds Lighting U.S., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMILEDS LIGHTING U.S., LLC,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>EPISTAR CORP., and UNITED EPITAXY CO., LTD.,<br><br>　　　　　　　Defendants. | Case No.  C 05-04521 (MEJ)<br><br>**[PROPOSED] ORDER GRANTING LUMILEDS LIGHTING U.S., LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11**<br><br>Hearing Date/Time: Pursuant to Civil L.R. 7-11(c), Motion is deemed submitted for immediate determination without hearing on December 16, 2005. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3565554.1

[PROPOSED] ORDER GRANTING
LUMILEDS' MOT. OF RELATED CASES
(CASE NO. C05-04521 (MEJ)

**[PROPOSED] ORDER**

The Court having considered the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED:

Lumileds Lighting U.S., LLC's Administrative Motion to Consider Whether Cases Should be Related is GRANTED.

The present action, *Lumileds Lighting U.S., LLC. v. Epistar Corp. and United Epitaxy Co.* (Case No. C 05-04521), is related to *United Epitaxy Co., Ltd. v. Hewlett-Packard Co., et al.,* No. C 00-2518 CW (PVT) (N.D. Cal. filed Sept. 7, 1999) (Wilken, J.); *Lumileds Lighting U.S., LLC v. Citizen Electronics Co., Ltd,. et al.*, No. C 02-5077 JW (EAI) (N.D. Cal. filed Oct. 18, 2002) (Wilken, J.); and, *Epistar Corp. v. Lumileds Lighting US, LLC*, No. 03-CV-01130-CW (N.D. Ca. transferred March 17, 2003 from C.D. Cal.) (Wilken, J.).

The Honorable Claudia Wilken is assigned to the present action, *Lumileds Lighting U.S., LLC. v. Epistar Corp. and United Epitaxy Co., Ltd.* (Case No. C 05-04521).

Dated:_____       _____

                                                                Hon. Claudia Wilken
                                                                Northern District of California

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3565554.1                                              2                       [PROPOSED] ORDER GRANTING
                                                                                    LUMILEDS' MOT. OF RELATED CASES
                                                                                    (CASE NO. C05-04521 (MEJ)