# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUMILEDS LIGHTING U.S., LLC,   )
                                                     )
      Plaintiff,                          )      Case No. C-05- 4521 MEJ
                                                     )
                                                     )      **NOTICE OF IMPENDING**
v.                                                     )      **REASSIGNMENT TO A**
                                                     )      **UNITED STATES**
                                                     )      **DISTRICT COURT JUDGE**
EPISTAR CORP., et al.,                    )
                                                     )
      Defendant (s).               )

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  X   (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: December 14, 2005

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert
     Deputy Clerk