1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LUMILEDS LIGHTING U.S., LLC,                    **\*E-FILED - 12/22/05\***

12                    Plaintiff,                     CASE NO.: C-05-04521-RMW

13           v.                                      **CLERK'S NOTICE OF SETTING
                                                     CASE MANAGEMENT CONFERENCE**
14   EPISTAR CORPORATION, et al.,

15                    Defendant.

16

17

18           PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **March

     10, 2006 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in
19
     courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are
20
     to file a Joint Case Management Statement by March 3, 2006.
21
             If the above-entitled matter settles counsel are required to notify the Court by contacting the
22
     Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.
23

24
     DATED: December 22, 2005
25
                                             BY: */s/ Jackie Garcia*
26                                                   JACKIE GARCIA
                                                   Courtroom Deputy for
27                                               Honorable Ronald M. Whyte

28

1

2   Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28