UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/23/05*

| | |
|---|---|
| LUMILEDS LIGHTING U.S., LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>EPISTAR CORP., and UNITED EPITAXY CO., LTD.,<br><br>   Defendants. | Case No. C05 - 04521- RMW<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

R. Tyler Goodwyn, IV, an active member in good standing of the bar of the U.S. District Court, District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lumileds Lighting U.S., LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/23 , 2005

/S/ RONALD M. WHYTE
United States District Judge

1-PA/3565769.1

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*