YITAI HU (California Admission Pending) yhu@akingump.com
SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
HSIN-YI FENG (SBN 215152) cfeng@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1950 University Avenue, Suite 505
East Palo Alto, CA 94303-2282
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for Defendants
EPISTAR CORP. and UNITED EPITAXY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUMILEDS LIGHTING U.S., LLC,<br><br>    Plaintiff,<br><br> v.<br><br>EPISTAR CORP., and UNITED EPITAXY CO., LTD.,<br><br>    Defendants. | Case No. C-05-04521 RMW<br><br>**DEFENDANTS EPISTAR CORP. AND UNITED EPITAXY CO., LTD.'S NOTICE OF MOTION AND MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:  February 3, 2006<br>Time:  9:00 a.m.<br>Courtroom: 6<br>Judge:  Hon. Ronald M. Whyte |

TO LUMILEDS LIGHTING U.S., LLC AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT defendants Epistar Corporation ("Epistar") and United Epitaxy Co., Ltd, ("UEC") (collectively "Defendants"), by and through the undersigned attorneys, at 9:00 a.m. on February 3, 2006 at the above referenced courtroom located at 280 South First Street, San Jose, California, will and hereby do move the Court, pursuant to 28 U.S.C. § 1659, for an order staying all proceedings in this case until final resolution of the related investigation pending before the United States International Trade Commissions, entitled *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing same,* Inv. No. 337-TA-556.

As grounds for this motion, as set forth more fully in the Memorandum of Points and Authorities below, Defendants state:

1. Plaintiff Lumileds Lighting U.S., LLC ("Lumileds") filed the above entitled action on November 4, 2005;

2. Lumileds also filed a complaint with the United States International Trade Commission (the "ITC") on November 4, 2005, alleging that the Defendants herein are in violation of section 337 of the Tariff Act of 1930, 19 U.S.C. § 1337, on the same grounds as were alleged in the Complaint herein;

3. On December 2, 2005, the Commission issued a Notice of Investigation (attached hereto as "Exhibit B") formally instituting Investigation No. 337-TA-556, and naming the Defendants herein as Respondents thereto; and

4. Defendants are entitled to stay this District Court case pending resolution of the ITC investigation as a matter of right under 28 U.S.C. § 1659.

Defendants therefore request that the action in this Court be stayed for all purposes pursuant to 28 U.S.C. § 1659 until the determination of the Commission in Investigation No. 337-TA-556 becomes final. Counsel for Defendants has discussed this matter with counsel for Plaintiff and is informed that plaintiff does not oppose this motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

Upon the request of any party to a civil action that is also a respondent in an ITC investigation, the Court "shall stay, until the determination of the Commission becomes final, proceedings in the civil

2

DEFENDANTS EPISTAR CORP. AND UNITED EPITAXY CO., LTD.'S                           C-05-04521 RMW
NOTICE OF MOTION AND MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659

1  action with respect to any claim that involves the same issues involved in the proceeding before the
2  Commission." 28 U.S.C. § 1659(a).  The requested stay is mandatory and may be denied only if the
3  request is not made at the later of 30 days after the institution of the Commission investigation or 30
4  days after the civil complaint is filed.  *Id.*

5  All of Lumileds' claims in this civil action are involved in the ITC investigation.  In its
6  complaint, Lumileds alleges infringement of U.S. Patent Nos. 5,008,718 ("the '718 patent"), 5,376,580
7  ("the '580 patent"), and 5,502,316 ("the '316 patent").  More specifically, Lumileds alleges that Epistar
8  infringes the '580 and the '316 patents, and UEC infringes the '718, the '580, and the '316 patents.
9  Feng Decl., Ex. A.  The same claims are also at issue in the ITC investigation.  *Id.* Ex. B.  Moreover,
10  this motion is timely raised.  The ITC published its Notice of Investigation naming Defendants as
11  Respondents in the ITC investigation on December 2, 2005.  This motion is filed December 30, within
12  the 30 days allowed by statute.  28 U.S.C. § 1659(a)(1).

13  For these reasons, Defendants respectfully request that the Stay be issued.

Dated:  December 30, 2005                AKIN GUMP STRAUSS HAUER & FELD LLP


By_____/s_____
                Sean P. DeBruine

Attorneys for Defendants
EPISTAR CORP. and UNITED EPITAXY CO., LTD.