1  YITAI HU (California Admission Pending) yhu@akingump.com
   SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
2  SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
   HSIN-YI FENG (SBN 215152) cfeng@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   1950 University Avenue, Suite 505
4  East Palo Alto, CA  94303-2282
   Telephone:      415-765-9500
5  Facsimile:      415-765-9501

6  Attorneys for Defendants
   EPISTAR CORP. and UNITED EPITAXY CO., LTD.
7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  LUMILEDS LIGHTING U.S., LLC,          Case No. C-05-04521 RMW

14                Plaintiff,              **DECLARATION OF HSIN-YI FENG IN
                                          SUPPORT OF DEFENDANTS EPISTAR
15       v.                               CORP. AND UNITED EPITAXY CO.,
                                          LTD.'S MOTION FOR STAY PURSUANT
16  EPISTAR CORP., and UNITED EPITAXY     TO 28 U.S.C. § 1659**
    CO., LTD.,
17                                        Date:        February 3, 2006
                  Defendants.            Time:        9:00 a.m.
18                                        Courtroom:   6
                                          Judge:       Hon. Ronald M. Whyte
19

20

21

22

23

24

25

26

27

28

DECLARATION OF HSIN-YI FENG ISO DEFENDANTS'                    C-05-04521 RMW
MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659

1       I, Hsin-Yi Feng, declare as follows：

2       1.       I am an attorney with the firm of Akin Gump Strauss Hauer and Feld, LLP, counsel for

3    Defendants Epistar Corp., ("Epistar") and United Epitaxy Co., Ltd. ("UEC") (collectively

4    "Defendants") in this matter.  I have personal knowledge of the following facts and, if called as a

5    witness, am competent to testify to these facts.

6       2.       Attached as Exhibit A is a true and correct copy of the complaint in this civil action

7    filed by Plaintiff Lumileds Lighting U.S., LLC ("Lumileds") on November 4, 2005, alleging that

8    Epistar infringes the U.S. Patent Nos. 5,376,580, and 5,502,316, and that UEC infringes U.S. Patent

9    Nos. 5,008,718, 5,376,580, and 5,502,316.

10      3.       Attached as Exhibit B is a true and correct copy of the Notice of Investigation issued on

11   December 2, 2005, announcing the institution of the Inv. No. 337-TA-556, entitled *In the Matter of*

12   *Certain High-Brightness Light Emitting Diodes and Products Containing Same*, pursuant to 19 U.S.C.

13   § 1337.  As set forth in that Notice, Epistar and UEC have been named as Respondents in that

14   investigation.  The issues to be determined in that investigation include Lumileds' allegations that

15   Epistar infringes the U.S. Patent Nos. 5,376,580, and 5,502,316 and that UEC infringes U.S. Patent

16   Nos. 5,008,718, 5,376,580, and 5,502,316, the same allegations at issue in this civil litigation.

17      I declare under penalty of perjury under the laws of California and the United States that the

18   foregoing is true and correct.

19      Executed this 30th day of December in East Palo Alto, California.

20

21                                          _____/s_____
                                            HSIN-YI FENG

22

23      I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this

24   document has been obtained from Hsin-Yi Feng, Esq., Attorney for Defendants Epistar Corp. and

25   United Epitaxy Co., Ltd.

26      Dated: December 30, 2005        _____/s_____
                                            SEAN DEBRUINE
27

28

2

DECLARATION OF HSIN-YI FENG ISO DEFENDANTS'                                    C-05-04521 RMW
MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659