# UNITED STATES INTERNATIONAL TRADE COMMISSION
## Washington, D.C.

---

**In the Matter of**

**CERTAIN HIGH-BRIGHTNESS LIGHT EMITTING DIODES AND PRODUCTS CONTAINING SAME**

**Inv. No. 337-TA-556**

---

## NOTICE OF INVESTIGATION

AGENCY:  U.S. International Trade Commission

ACTION:  Institution of investigation pursuant to 19 U.S.C. § 1337

SUMMARY:  Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on November 4, 2005, under section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. §1337, on behalf of Lumileds Lighting U.S., LLC of San Jose, California.  A supplemental letter was filed on November 23, 2005.  The complaint alleges violations of section 337 in the importation into the United States, the sale for importation, and the sale within the United States after importation of certain high-brightness light emitting diodes and products containing same by reason of infringement of claims 1 and 6 of U.S. Patent No. 5,008,718, claims 1-3, 8-9, 16, 18, and 23-28 of U.S. Patent No. 5,376,580, and claims 12-16 of U.S. Patent No. 5,502,316.  The complaint further alleges that an industry in the United States exists as required by subsection (a)(2) of section 337.

The complainant requests that the Commission institute an investigation and, after the investigation, issue a permanent limited exclusion order and permanent cease and desist orders.

ADDRESSES:  The complaint, except for any confidential information contained therein, is available for inspection during official business hours (8:45 a.m. to 5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, S.W., Room 112, Washington, D.C. 20436, telephone 202-205-2000.  Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on 202-205-1810.  Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at 202-205-2000.  General information concerning the Commission may also be obtained by accessing its internet server at http://www.usitc.gov.  The public record for this

investigation may be viewed on the Commission's electronic docket (EDIS) at http://edis.usitc.gov.

FOR FURTHER INFORMATION CONTACT: Thomas S. Fusco, Esq., Office of Unfair Import Investigations, U.S. International Trade Commission, telephone 202-205-2571.

AUTHORITY: The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 C.F.R. § 210.10 (2005).

SCOPE OF INVESTIGATION: Having considered the complaint, the U.S. International Trade Commission, on December 1, 2005, ORDERED THAT –

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain high-brightness light emitting diodes or products containing same by reason of infringement of one or more of claims 1 and 6 of U.S. Patent No. 5,008,718, claims 1-3, 8-9, 16, 18, and 23-28 of U.S. Patent No. 5,376,580, and claims 12-16 of U.S. Patent No. 5,502,316, and whether an industry in the United States exists as required by subsection (a)(2) of section 337.

(2) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a) The complainant is –

Lumileds Lighting U.S., LLC
370 West Trimble Road
San Jose, CA  95131

(b) The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

Epistar Corporation
5 Li-Hsin 5th Road
Science-Based Industrial Park, Hsinchu,
Taiwan

United Epitaxy Company
9F, No. 10, Li-Hsin Road
Science-Based Industrial Park, Hsinchu,
Taiwan

(c)  Thomas S. Fusco, Esq., Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street, S.W., Suite 401, Washington, D.C. 20436, who shall be the Commission investigative attorney, party to this investigation; and

(3)  For the investigation so instituted, the Honorable Sidney Harris is designated as the presiding administrative law judge.

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 C.F.R. § 210.13.  Pursuant to 19 C.F.R. §§ 201.16(d) and 210.13(a), such responses will be considered by the Commission if received not later than 20 days after the date of service by the Commission of the complaint and the notice of investigation.  Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondents, to find the facts to be as alleged in the complaint and this notice and to enter a final determination containing such findings, and may result in the issuance of a limited exclusion order or cease and desist order or both directed against the respondent.

By order of the Commission.

Marilyn R. Abbott
Secretary to the Commission

Issued: December 2, 2005

**CERTAIN HIGH-BRIGHTNESS LIGHT-EMITTING**          **337-TA-556**
**DIODES AND PRODUCTS CONTAINING SAME**

## CERTIFICATE OF SERVICE

I Marilyn R. Abbott, hereby certify that the attached NOTICE OF INVESTIGATION has been served on upon the Commission Investigative, Thomas S. Fusco, Esq., and all parties via first class mail and air mail where necessary on December 5, 2005.

Marilyn R. Abbott, Secretary
U.S. Int'l. Trade Commission
500 E Street, S.W.
Washington, D.C. 20436

**COMPLAINANT:**

Lumileds Lighting U.S., LLC
370 West Trimble Road
San Jose, CA 95131

**COUNSEL FOR COMPLAINANT:**

Michael J. Lyons, Esq.
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

Daniel Johnson, Jr., Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

R. Tyler Goodwyn, IV, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

**RESPONDENTS:**

Epistar Corporation
5 Li-Hsin 5th Road
Science-Based Industrial Park, Hsinchu,
Taiwan, R.O.C.

United Epitaxy Company
9F, No. 10, Li-Hsin Road
Science-Based Industrial Park, Hsinchu,
Taiwan, R.O.C.

**EMBASSY**

Embassy of Taiwan
Taipei Economics & Cultural Representative
Office of the United States
4301 Conn. Ave., N.W. – Suite 420
Washington, DC 20008-2387

**GOVERNMENT AGENCIES:**

Edward T. Hand
Chief, Foreign Commerce Section
Antitrust Division
U.S. Department of Justice
601 D Street, NW- Room 10023
Washington, DC 20530

George F. McCray, Esq.
Chief, Intellectual Property Rights Branch
U.S. Bureau of Customs and Border Protection
Mint Annex Building
1300 Pennsylvania Avenue, NW
Washington, DC 20229

Randy Tritell, Esq.
Director for International Antitrust
Federal Trade Commission, Room 380
Pennsylvania Avenue at Sixth Street, NW
Washington, DC 20580

Richard Lambert, Esq.
Department of Health & Human Services
Office of General Counsel
National Institute of Health
Building 31, Room 2B50
9000 Rockville Pike
Bethesda, Maryland 20892-2111