1  YITAI HU (California Admission Pending) yhu@akingump.com
   SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
2  SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
   HSIN-YI FENG (SBN 215152) cfeng@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   1950 University Avenue, Suite 505
4  East Palo Alto, CA  94303-2282
   Telephone:     415-765-9500
5  Facsimile:     415-765-9501

6  Attorneys for Defendants
   EPISTAR CORP. and UNITED EPITAXY CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUMILEDS LIGHTING U.S., LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>EPISTAR CORP., and UNITED EPITAXY CO., LTD.,<br><br>                Defendants. | Case No. C-05-04521 RMW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS EPISTAR CORP. AND UNITED EPITAXY CO., LTD'S MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659**<br><br>Date:          February 3, 2006<br>Time:         9:00 a.m.<br>Courtroom:  6<br>Judge:        Hon. Ronald M. Whyte |

1  Having considered Defendants Epistar Corp., and United Epitaxy Co., Ltd.'s Motion to Stay, the supporting and opposing papers, the pleadings and papers on file with the Court, and the arguments of counsel, if any, and good cause appearing therefore, the Court **FINDS** that the defendants in this action are also respondents in a proceeding before the United States International Trade Commission involving the same issues involved in this action and that Defendants have timely requested for a stay of the action before this Court in accordance with 28 U.S.C. § 1659.

**IT IS HEREBY ORDERED** that Defendants Epistar Corp., and United Epitaxy Co., Ltd.'s Motion to Stay all proceedings in this case is **GRANTED**. All proceedings in this action are hereby **STAYED** pending final determination of the United States International Trade Commission.

Dated: _____

By_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659

C-05-04521 RMW