MICHAEL J. LYONS, CA BAR NO. 202,284
ANDREW J. WU, CA BAR NO. 214,442
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001

DANIEL JOHNSON, JR., CA Bar No. 55,769
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001

R. TYLER GOODWYN, IV (pro hac vice)
CARL P. BRETSCHER (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001

Attorneys for Plaintiff
Lumileds Lighting U.S., LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMILEDS LIGHTING U.S., LLC,<br><br>        Plaintiff,<br><br>     vs.<br><br>EPISTAR CORP., and UNITED EPITAXY CO., LTD.,<br><br>        Defendants. | Case No. C-05-04521 RMW<br><br>**PLAINTIFF LUMILEDS LIGHTING U.S., LLC'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS EPISTAR CORP. AND UNITED EPITAXY CO., LTD.'S AMENDED MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659**<br><br>Date:  February 17, 2006<br>Time:  9:00 a.m.<br>Courtroom:  6<br>Judge:  Hon. Ronald M. Whyte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3574205.1

1    Plaintiff Lumileds Lighting U.S., LLC ("Lumileds") submits this Statement of Non-

2  Opposition in response to *Defendant Epistar Corp.* and *United Epitaxy Co., Ltd.'s* <u>*Amended*

3  *Notice of Motion and Motion to Stay Pursuant to 28 U.S.C. § 1659*</u>, filed on January 5, 2006

4  ("Motion to Stay").  Pursuant to Civil L. R. 7-3(b) and 28 U.S.C. § 1659, Lumileds does not

5  oppose the Motion to Stay.

6  Dated:  January 27, 2006                              Respectfully submitted,

7                                                                       MORGAN, LEWIS & BOCKIUS LLP

8

9                                                                       By _____/s/_____

10                                                                          Andrew J. Wu
                                                                            Attorneys for Plaintiff
11                                                                          Lumileds Lighting U.S., LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1-PA/3574205.1                                    1                      LUMILEDS' NON-OPPOSITION TO
                                                                        AMENDED MOTION FOR STAY
                                                                        C-05-04521 RMW