UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED - 2/17/06\***

CIVIL MINUTES

DATE: **February 17, 2006**

Case No. **C-05-04521-RMW**      JUDGE: **Ronald M. Whyte**

Title **LUMILEDS LIGHTING U.S., LLC** -v- **EPISTAR CORPORATION, et al.**

Attorneys Present **No Appearance**      Attorneys Present **No Appearance**

COURT CLERK: **Jackie Garcia**      COURT REPORTER: **Not Reported**

PROCEEDINGS

DEFENDANT'S MOTION TO STAY

**ORDER AFTER HEARING**

Hearing Not Held. The Court deems the matter submitted on the papers. The Court's tentative ruling is to grant the motion to stay. The Court to send out a final ruling to the parties.