**E-FILED on** 2/24/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUMILEDS LIGHTING U.S., L.L.C. <br><br> Plaintiff, <br><br> v. <br><br> EPISTAR CORP. and UNITED EPITAXY CO., LTD., <br><br> Defendant. | No. C-05-04521 RMW <br><br> ORDER GRANTING DEFENDANTS' MOTION FOR STAY <br><br> **[Re Docket No. 24, 27]** |

On December 30, 2005 defendants Epistar Corp. and United Epitaxy Co., Ltd. filed a motion for a stay pending an investigation of plaintiff Lumileds Lighting U.S., L.L.C.'s claims by the International Trade Commission. Plaintiff filed a notice of non-opposition to the motion. The court stays this action pending the final determination of the Commission in Investigation No. 337-TA-556. The parties are to notify the court when the final determination has been made.

DATED: 2/24/06                              /s/ Ronald M. Whyte
                                            RONALD M. WHYTE
                                            United States District Judge

ORDER GRANTING DEFENDANTS' MOTION FOR STAY—C-05-04521 RMW
DOH

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Plaintiff(s):**

3 | Andrew J. Wu        awu@morganlewis.com

4 | **Counsel for Defendant(s):**

5 | Sean DeBruine        sdebruine@akingump.com

6 |

7 | Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

10 | **Dated:**        2/24/06                                    DOH
                                                              **Chambers of Judge Whyte**