**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUMILEDS LIGHTING U.S. LLC,

    Plaintiff,

  v.

EPISTAR CORPORATION ET AL,

    Defendant.
                                     /

No. C 05-04521 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for February 12, 2008, is continued to **April 1, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  An updated Case Management Statement will be due seven (7) days prior to the conference.

Dated: 1/29/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk