UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMILEDS LIGHTING U.S. LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>EPISTAR CORPORATION ET AL,<br><br>    Defendants<br>_____ | NO. C 05-04521 CW |
| EPISTAR CORP.<br><br>    Plaintiff,<br><br>  v.<br><br>PHILIPS LUMILEDS LIGHTING<br><br>    Defendant. | NO. C 07-05194 CW<br><br>**MINUTE ORDER**<br>Date: 8/7/08 |

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:**  Raynee Mercado

**Appearances for Plaintiff:**
Daniel Johnson; Michael Lyons

**Appearances for Defendant:**
Robert Weiss; Larry La Porte; Lenny Huang

### Motions:

| | | |
|---|---|---|
| Dft. Philips Lumileds Lighting LLC | Mo. for judgment on the pleadings with respect to Epistar Corporation's first, third, and fourth claims regarding unfair competition and tortious interference | Under submission |
| Dft. Philips Lumileds Lighting Co. LLC | Mo. for summary judgment on Epistar Corporation's claim for breach of contract | Under submission |

Further briefing due:

Order to be prepared by:  Court

**Further Case Management Conference Held?:**  No


Notes:  Motions taken under submission.  Parties to notify Court within one week when decision comes down from federal circuit what effect decision has on pending claims and stipulate to a date for a case management conference and submit CMC statement one week prior to conference.  Parties to get mediator now and schedule session for September or October and reschedule if opinion not out by then.

Copies to:  Chambers