1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Lyons (State Bar No. 202284)
2  Andrew J. Wu (State Bar No. 214442)
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
4  Tel:  650.843.4000
   Fax:  650.843.4001
5  mlyons@morganlewis.com
   awu@morganlewis.com
6

7  MORGAN, LEWIS & BOCKIUS LLP
   Daniel Johnson, Jr. (State Bar No. 57409)
8  Amy M. Spicer (State Bar No. 188399)
   Ryan L. Scher (State Bar. No. 244706)
9  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
10 Tel:  415.442.1000
   Fax:  415.442.1001
11 djjohnson@morganlewis.com
   aspicer@morganlewis.com
12 rscher@morganlewis.com

   ALSTON & BIRD LLP
   Yitai Hu (State Bar No. 248085)
   Steven D. Hemminger (State Bar No. 110665)
   Sean DeBruine (State Bar No. 168071)
   Sang Hui Michael Kim (State Bar No. 203491)
   2 Palo Alto Square
   3000 El Camino Real, Suite 400
   Palo Alto, CA 94306
   Tel: 650.838.2000
   Fax: 650.838.2001
   yitai.hu@alston.com
   steve.hemminger@alston.com
   sean.debruine@alston.com
   michael.kim@alston.com

   JONES DAY
   Robert C. Weiss (State Bar No. 39929)
   Lawrence R. LaPorte (State Bar No. 130003)
   555 South Flower Street
   Fiftieth Floor
   Los Angeles, CA 90071-2300
   Tel:  213.489.3939
   Fax: 213.243.2539
   llaporte@jonesday.com
   rcweiss@jonesday.com

16 Attorneys for Plaintiff and Counterdefendant
   PHILIPS LUMILEDS LIGHTING
17 COMPANY, LLC

   Attorneys for Defendant and Counterclaimant
   EPISTAR CORPORATION

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                          OAKLAND DIVISION

21 PHILIPS LUMILEDS LIGHTING          Case No. C-05-4521 CW
   COMPANY, LLC,
22                                    Case No. C-07-5194 CW
         Plaintiff and Counterdefendant,
23                                    **STIPULATION AND ORDER
         v.                           CONTINUING CASE MANAGEMENT
24                                    CONFERENCE**
   EPISTAR CORPORATION ET AL.,
25
         Defendant and Counterclaimant.
26

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21256668.1                    1         STIPULATION AND [PROPOSED] ORDER
                                            CONTINUING CASE MANAGEMENT CONFERENCE
                                            C 05-4521 CW & C 07-5194 CW

1  Plaintiff and Counterdefendant Philips Lumileds Lighting Co., LLC and Defendant and
2  Counterclaimant Epistar Corp. (collectively "the Parties") respectfully submit this Stipulation and
3  [Proposed] Order Continuing Case Management Conference.  The case management conference
4  is currently scheduled for August 11, 2009.  The Parties jointly request a continuance of the case
5  management conference to September 22, 2009, or as soon thereafter as is acceptable to the
6  Court.  The Parties jointly make this request in order to further ongoing settlement discussions.
7  The Parties therefore stipulate and respectfully request that the Court continue the case
8  management conference to September 22, 2009, and that the corresponding deadline to file the
9  joint case management statement is continued as well.

Dated: July 31, 2009                     MORGAN, LEWIS & BOCKIUS LLP

By /s/ Andrew J. Wu
   Andrew J. Wu
   Attorneys for Plaintiff and Counterdefendant
   Phillips Lumileds Lighting Company, LLC

Dated: July 31, 2009                     JONES DAY

By /s/ Lawrence R. LaPorte
   Lawrence R. LaPorte
   Attorneys for Defendant and Counterclaimant
   Epistar Corp.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Andrew J. Wu, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 31st day of July, 2009, at Palo Alto, California.

/s/ Andrew J. Wu
Andrew J. Wu

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21256668.1                           2          STIPULATION AND [PROPOSED] ORDER
                                                    CONTINUING CASE MANAGEMENT CONFERENCE
                                                    C 05-4521 CW & C 07-5194 CW

**ORDER**

As stipulated by the parties, the Case Management Conference set for August 11, 2009, is continued until September 22, 2009.

**IT IS SO ORDERED.**

Dated:  8/4/09

_____
HON. CLAUDIA WILKEN
U.S. District Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

DB2/21256668.1

1

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
C 05-4521 CW & C 07-5194 CW