MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com

Attorneys for Plaintiff
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

ALSTON & BIRD LLP
Yitai Hu (State Bar No. 248085)
Steven D. Hemminger (State Bar No. 110665)
Sean DeBruine (State Bar No. 168071)
Sang Hui Michael Kim (State Bar No. 203491)
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, Ca 94306
Tel: 650.838.2000
Fax: 650.838.2001
yitai.hu@alston.com
steve.hemminger@alston.com
sean.debruine@alston.com
michael.kim@alston.com

Attorneys for Defendant
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EPISTAR CORPORATION,<br><br>Defendant. | Case No. C 05-4521 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21335120.1

STIPULATION OF DISMISSAL
(C 05-4521 CW)

1   The undersigned hereby stipulate pursuant to the terms of their settlement agreement that
2   the instant action, Case No. C 05-4521 CW, is hereby dismissed with prejudice.  The Court shall
3   retain jurisdiction and venue over the instant action to enforce the terms of the settlement
4   agreement between the parties.  Each party shall bear its own costs, expenses, and attorneys' fees.

5   SO STIPULATED

7   Dated: September 21, 2009            MORGAN, LEWIS & BOCKIUS LLP

9   By /s/  Michael J. Lyons
    Michael J. Lyons

10  Attorneys for Plaintiff
11  PHILIPS LUMILEDS LIGHTING COMPANY, LLC.

13  Dated: September 21, 2009            ALSTON & BIRD LLP

14  By /s/  Sean DeBruine
    Sean DeBruine

16  Attorneys for Defendant
    EPISTAR CORPORATION

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 22, 2009

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION OF DISMISSAL
(C 05-4521 CW)

1   Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J. Lyons,
2   attest that concurrence in the filing of this document has been obtained from each of the other
3   signatories.  I declare under penalty of perjury under the laws of the United States of America that
4   the foregoing is true and correct.  Executed this 21st day of September, 2009, at Palo Alto.

/s/ Michael J. Lyons
Michael J. Lyons

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

2

STIPULATION OF DISMISSAL
(C 05-4521 CW)